Christopher A. Keele (154608)
Eliza M. Rodriques (148478)
THOMAS WHITELAW & TYLER LLP
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111-4307

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ELLA MAE YOUNG

Plaintiff(s)

v.

ADVOCATE MINES, LTD., etc., et al.,

Defendant(s)

CASE NUMBER: C 06-07629-SI

**SUBSTITUTION OF ATTORNEY**

ROCKWELL AUTOMATION INC.
*Name of Party*

[ ] Plaintiff  [x] Defendant  [ ] Other _____

hereby substitutes Christopher A. Keele, Esq., THOMAS WHITELAW & TYLER LLP _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  Three Embarcadero Center, Suite 1350,
*Street Address*

San Francisco, CA 94111-4307    (415)820-0400    (415) 820-0405    154608
*City, State, Zip Code*    *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of STOEL RIVES LLP _____
*Present Attorney*

Dated: 3/1/07

*/s/ Gary Ballestros*
*Signature of Party*

Gary Ballestros, V.P. Law, Rockwell Automation, Inc.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 3/5/07

*/s/ E. C. Duckers*
*Signature of Present Attorney*

Edward C. Duckers, Esq., Stoel Rives LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 3/1/07

*/s/ Chris Keele by /s/*
*Signature of New Attorney*

Christopher A. Keele, Thomas Whitelaw & Tyler LLP

Substitution of Attorney is hereby [x] Approved.  [ ] Denied.

Dated: _____

*/s/ Susan Illston*

**United States District Judge / Magistrate Judge**

NOTICE TO COUNSEL:  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form **G-76** to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at* **www.cacd.uscourts.gov.**

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)    G01