Stephen M. Fishback (State Bar No. 191646)
Daniel L. Keller (State Bar No. 191739)
**KELLER, FISHBACK & JACKSON LLP**
28720 Roadside Drive, Suite 201
Agoura Hills, California 91301
Telephone:  818.879.8033
Facsimile:  818.292.8891

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLA MAE YOUNG, | Case No.: C 06-07629 SI |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| ADVOCATE MINES LIMITED, et al., | |
| Defendants. | |

IT IS SO ORDERED
Judge Susan Illston

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses defendant, ADVOCATE MINES, LTD., without prejudice and with a mutual waiver of costs, in the above-captioned action.

Dated: September 12, 2007

**KELLER, FISHBACK & JACKSON LLP**

By: _____
Stephen M. Fishback
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL