Stephen M. Fishback (State Bar No. 191646)
Daniel L. Keller (State Bar No. 191739)
**KELLER, FISHBACK & JACKSON LLP**
28720 Roadside Drive, Suite 201
Agoura Hills, California 91301
Telephone: 818.879.8033
Facsimile: 818.292.8891

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ELLA MAE YOUNG,

    Plaintiff,

v.

ADVOCATE MINES LIMITED, et al.,

    Defendants.

Case No.: C 06-07629 SI

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses defendant, CBS CORPORATION, individually and as successor-in-interest by merger to VIACOM, INC. and WESTINGHOUSE ELECTRIC CORPORATION and B.F. STURTEVANT COMPANY, without prejudice and with a mutual waiver of costs, in the above-captioned action.

Dated: September 11, 2007

KELLER, FISHBACK & JACKSON LLP

By: _____
Stephen M. Fishback
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL