Stephen M. Fishback (State Bar No. 191646)
Daniel L. Keller (State Bar No. 191739)
**KELLER, FISHBACK & JACKSON LLP**
28720 Roadside Drive, Suite 201
Agoura Hills, California 91301
Telephone:   818.879.8033
Facsimile:   818.292.8891

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge Susan Illston*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLA MAE YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ADVOCATE MINES LIMITED, et al., <br><br> Defendants. | Case No.: C 06-07629 SI <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses defendant, PARKER HANNIFAN CORPORATION, individually and as successor-in-interest to SACOMO SIERRA, without prejudice and with a mutual waiver of costs, in the above-captioned action.

Dated: September 11, 2007            **KELLER, FISHBACK & JACKSON LLP**

                                     By: _____
                                         Stephen M. Fishback
                                         Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL