1  Stephen M. Fishback (State Bar No. 191646)
   Daniel L. Keller (State Bar No. 191739)
2  **KELLER, FISHBACK & JACKSON LLP**
3  28720 Roadside Drive, Suite 201
   Agoura Hills, California 91301
4  Telephone:   818.879.8033
   Facsimile:   818.292.8891
5
6  Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLA MAE YOUNG, | Case No.: C 06-07629 SI |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| ADVOCATE MINES LIMITED, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses defendant, PHELPS DODGE INDUSTRIES, INC., without prejudice and with a mutual waiver of costs, in the above-captioned action.

Dated: September 17, 2007

KELLER, FISHBACK & JACKSON LLP

By: _____
Stephen M. Fishback
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL