UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
07 NOV 19 PM 1:46

CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)    MDL Docket No. 875

---

This Document Relates to:

ELLA MAE YOUNG,
v.
ADVOCATE MINES, LTD.; et al.,

Northern District of California
San Francisco Division
Docket No. C 06-07629 SI
(CTO-274)

---

**STIPULATION AND [PROPOSED] ORDER DISMISSING
DEFENDANT PHELPS DODGE INDUSTRIES, INC.,
WITHOUT PREJUDICE; MUTUAL WAIVER OF COSTS**

Pursuant to Fed. R. Civ. P. 41(a), IT IS HEREBY STIPULATED, by and between plaintiff Ella Mae Young, deceased, and defendant Phelps Dodge Industries, Inc. (PDI), through their respective counsel of record, that plaintiff's action against PDI shall be dismissed without prejudice and that as against each other, each such party shall bear that party's own costs.

DATED: October _/D_, 2007    _____
                              Stephen M. Fishback

Stephen M. Fishback
Daniel L. Keller
KELLER, FISHBACK & JACKSON LLP
28720 Roadside Drive, Suite 201
Agoura Hills, California 91301
Telephone: 818.879.8033
Facsimile: 818.292.8891

Attorneys for Plaintiff
Ella Mae Young, Deceased

1

DATED: October 23, 2007

_____
Paul R. Johnson

Robert D. Eassa
    robert.eassa.service@filicebrown.com
Paul R. Johnson
    paul.johnson.service@filicebrown.com
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
Phelps Dodge Industries, Inc.

## ORDER

The action of plaintiff Ella Mae Young, deceased, against defendant Phelps Dodge Industries, Inc., is hereby dismissed without prejudice. As against each other, each such party shall bear that party's own costs.

IT IS SO ORDERED.

_____ J.
THE HONORABLE JAMES T. GILES
United States District Judge

Date: 10/24/2007

2